# MINUTE ORDER

Page 11

## Magistrate Judge John O'Sullivan

Atkins Building Courthouse - 5th Floor     Date: 3.21.18     Time: 1:30 p.m.

Defendant: ARTHUR LEE KENNEDY III     J#: 15366-104     Case #: 18-2405-MJ-O'SULLIVAN

AUSA: Michael Berger     Attorney: Mark Lee-Perm.

Violation: POSS OF A FIREARM AFFECTING INTERSTATE/FOREIGN COMMERCE BY A FELON     Surr/Arrest Date:     YOB:

Proceeding: Report RE: Counsel     CJA Appt:

Bond/PTD Held: ☐ Yes ☒ No     Recommended Bond: ~~$150 K 10% NEBBIA~~

Bond Set at: _____     Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as (directed)/or ___ x's a week/month by phone: ___ x's a week/month in person
- [x] Random urine testing by Pretrial Services
       Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SD/FL
- [x] Other: main. residence.

Language: English

Disposition: Govt. lowered bond recomm.
PRELIM/ARRAIGN 4/3 @ 10AM

Stip.
$75K 10% / nebbia.

Court sets.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: r/s to 4/3 @ ~~X~~ 2 pm (per defense cnsl's request)
Status Conference RE: _____
D.A.R. 14:14:48     Time in Court: 4

s/John J. O'Sullivan     Magistrate Judge